# UNITED STATES DISTRICT COURT

for the

Southern District Of Alabama

| United States of America | ) | |
| :--- | :--- | :--- |
| | ) | |
| v. | ) | **Case No.** 1128 1:19CR00171-001 |
| | ) | AGENCY: USMS |
| | ) | USMS# 1 7 6 8 2 - 0 0 3 |
| Elizabeth Antinarella | ) | FID# 1 0 9 4 1 6 5 0 |
| *Defendant* | | WARRANT # 2 2 0 3 - 1 2 1 7 - 0 6 2 5 - D |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Elizabeth Antinarella _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court ☐ Probation Violation Petition

This offense is briefly described as follows:
Standard Condition #7, Tested positive for amphetamine.

Date:   12/17/2021

City and state:   Mobile, Alabama

CHARLES R. DIARD, JR.
*Printed name and title*

*Cathi Jennings*
*Issuing officer's signature*

| **Return** |
| :--- |
| This warrant was received on *(date)* 12/17/2021 , and the person was arrested on *(date)* 01/11/2022 at *(city and state)* Bay Minette, AL . |
| Date:   01/11/2022 |
| *Andrea Jenkins* |
| *Arresting officer's signature* |
| Andrea Jenkins - Investigative Analyst |
| *Printed name and title* |